UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 10-CV-01790-RAL-TBM

DANIELLE NICOLE CITRON, an individual
and MICHAEL B. CITRON, an individual

    Plaintiffs/Counterclaim Defendants,

-vs-

WACHOVIA MORTGAGE CORPORATION,
successor in interest to WORLD SAVINGS
BANK, FSB,

    Defendant/Counterclaim Plaintiff,

-vs-

DANIELLE NICOLE CITRON, an individual
and MICHAEL B. CITRON, an individual;
DANIELLE NICOLE CITRON and MICHAEL
B. CITRON, as Trustees of THE CITRON
FAMLY TRUST; CHAMPIONS' CLUB
OWNER ASSOCIATION, INC.; THE TRINITY
COMMUNITIES MASTER ASSOCIATION,
INC.; and THE ALLIANCE GROUP OF
TAMPA BAY VI, LLC,

    Counterclaim Defendants.
_____/

## PLAINTIFFS/COUNTERCLAIM DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY FINAL JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

    Plaintiffs, Danielle Nicole Citron and Michael B. Citron, through their undersigned counsel, hereby file this Separate Statement of Undisputed Facts in Support of their Motion for Partial Summary Judgment and Incorporated Memorandum of Law.

    1.    In or around August 29, 2007, Citron wished to refinance the existing loan on the Property and entered into a consumer credit transaction with World Savings Bank FSB, by

1

obtaining a $787,500.00 mortgage loan secured by Citron's principal residence (the "Transaction"). *See* Amended Complaint (D.E. #18), ¶12.

2. WACHOVIA was required to provide proper notice to both MICHAEL B. CITRON and DANIELLE NICOLE CITRON of their right to rescind the consumer credit transaction under the Truth in Lending Act, 15 U.S.C. §1635 ("TILA"). *See* Amended Complaint (D.E. #18), ¶17.

3. WACHOVIA attached a copy of a Notice of Right to Cancel allegedly provided to and signed by Plaintiff, MICHAEL B. CITRON, to their Amended Motion to Dismiss filed in this case. *See* Amended Motion to Dismiss (D.E. #31), ¶III.A.3.

Dated this 8th day of August, 2011.

/s/ Scott J. Wortman
Scott J. Wortman, Esq.
FBN: 0454222
KORTE & WORTMAN, P.A.
Attorneys for Plaintiffs/Counterclaim Defendants
2041 Vista Parkway
West Palm Beach, Florida 33411
Phone: (561) 228-6200
Fax: (561) 228-6202
E-mail: swortman@kwlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Michael K. Winston, Esq., Carlton Fields, 525 Okeechobee Blvd., Suite 1200, West Palm Beach, FL 33401 via transmission of Notices of Electronic Filing generated by CM/ECF electronic mail.

/s/ Scott J. Wortman
Scott J. Wortman, Esq.
FBN: 0454222
KORTE & WORTMAN, P.A.
Attorneys for Plaintiffs/Counterclaim Defendants
2041 Vista Parkway
West Palm Beach, Florida 33411
Phone: (561) 228-6200
Fax:    (561) 228-6202
E-mail: swortman@kwlawfirm.com